UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 29, 2016

MEMO TO COUNSEL RE:  Nancy Wade, et al. v. The Creig Northrop Team, et al.
Civil No. JFM-14-2456

Dear Counsel:

The schedule proposed on page 8 of defendant's "intent to resume litigation and proposed briefing schedule" (document 69) is hereby approved.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/


J. Frederick Motz
United States District Judge